

**U.S. Department of Justice**
Federal Bureau of Prisons
South Central Region
*Residential Reentry Office*

727 E. Cesar E. Chavez Blvd. Rm. B-138
San Antonio, Texas 78206

May 1 2012

The Honorable Nancy F. Atlas
United States District Judge
Southern District of Texas
515 Rusk Avenue
Houston, Texas 77002

Re: <u>United States v. Todd Neuwirth</u>
Docket No.: 4:09CR00454-001
Reg. No.: 43652-279

Dear Judge Atlas:

The above-referenced individual was sentenced in your court on April 29, 2010 to a term of 41 months imprisonment for Conspiracy to Commit Fraud in Connection With Access Devices, Fraud In Connection With Access Devices, Fraud in Connection With Identification Documents and Aiding and Abetting. He was subsequently designated to serve his sentence at the United States Penitentiary at Beaumont, Texas.

On December 30, 2011, Mr. Neuwirth was transferred to Leidel Residential Reentry Center (RRC), 1819 Commerce Street, Houston, Texas 77002, to complete the remaining portion of his sentence.

On May 1, 2012, inmate Neuwirth walked out of the RRC without permission and did not return. RRC staff initiated escape procedures, which included notifying his family members; however, Neuwirth remains unaccounted for. At the time of his escape, he had a projected release date of July 11, 2012, via Good Conduct Time.

Escape Notification
Neuwirth, Todd
Reg. No.: 43652-279
Case No.: 4:09CR00454-001

Page 2

The Bureau of Prisons will continue to support the efforts of local law enforcement agencies and the U. S. Marshals Service to locate and return Mr. Neuwirth to custody.

Upon Mr. Neuwirth's apprehension, we will encourage the United States Attorney to prosecute and hold him responsible for his actions.

I regret this escape from our facility. If you have any additional questions or concerns regarding this matter, please feel free to contact me at (210) 472-6225.

Sincerely,

LaTanya Robinson
Residential Reentry Manager

cc:   File
      U.S. Attorney's Office
      U.S. Probation's Office